Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

10th. Division

Matthew Aaron Escalante

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Janelle Leigh Escalante
Gardner Police officer Matthew Adams
State Prosecutor William Hurst

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2:22-cv-02450 JAR-TJJ
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew Escalante |
| Address | 20815 W 99th St |
| | Lenexa, Ks 66220 |
| | *City / State / Zip Code* |
| County | Johnson |
| Telephone Number | 9132862250 |
| E-Mail Address | Eskie678@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Janelle Escalante |
| Job or Title *(if known)* | Financial Controller |
| Address | 121 Cherry Hills Cir |
| | Gardner, Ks 66030 |
| | *City / State / Zip Code* |
| County | Johnson |
| Telephone Number | 7125921149 |
| E-Mail Address *(if known)* | Eskie678@aol.com |

☑ Individual capacity  ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Matthew Adams |
| Job or Title *(if known)* | Gardner Police Department police officer |
| Address | 16540 N Moonlight Rd Gardner KS 66030 |
| | Gardner, KS 66030 |
| | *City / State / Zip Code* |
| County | Johnson |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name: William Hurst
  Job or Title *(if known)*: State of Kansas Prosecutor
  Address:
    *City*   *State*   *Zip Code*
  County:
  Telephone Number:
  E-Mail Address *(if known)*:

  ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
  Name:
  Job or Title *(if known)*:
  Address:
    *City*   *State*   *Zip Code*
  County:
  Telephone Number:
  E-Mail Address *(if known)*:

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
  25 CFR § 11.404 - False imprisonment, false arrest

  42 U.S. Code § 1983 - Civil action for deprivation of rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

   D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

25 CFR § 11.404 - False imprisonment, false arrest : Defendant Ms Escalante - false statement with intent to deceive Officer Matthew Adams in GPD RPT18-00793 in her testimony. False against her counter statement in federal oath on record month apart. OffIcer Adams false oath/action he said he took evidence collection and retained receipt statements. They are not in his report when he submitted to DA. The DA lacked the evidence of non joint assets and acted with negligence and bias in report statemen/actions

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

   A.    Where did the events giving rise to your claim(s) occur?

Gardner KS June 19, 2018 intial malicious filing of GPT RPT 18-00793 that initiated 18DV01086. 'Theft' of Mr Escalante own jointly declared marital assets at the same time in 2018 unilaterally in the bankruptcy court.

   B.    What date and approximate time did the events giving rise to your claim(s) occur?

June 19,2018 in Gardner KS. False statements with intent to deceive given by Ms Escalante to Officer Adams in GPD RPT 18-00793. This showing visibly next our federal bankruptcy petition. I receieved a felony indictment. It ruined my life, kids relationships and job outlook.

   C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

GPD RPT 18-000793 filed by Defendant #1 underoath told Gardner officer Adams she notices her wedding ring and laptop missing w/o her knowledge and Plaintiff stole it from their marital owned residence on the 6/19/18. However, the parties joint bankruptcy petiton Doc 1 in 18-00793 was filed on 5/19/18 and is her federal oath statement in it, that  Ms Escalante says she pawned her ring and had sole access at the pawnshop Heartland Pawn. Prosecutor Hurst charged me for ring that was lied to police on it whereabouts on as she had knowledge since Jan 2018 that we discussed and cosented to ring pawn. Petiton shows she had knowledge and then later misleads officer in RPT.

The dell laptop mentioned in report was a joint marital asset by date of purchase during marriage Aug 2016. Furthermore, marital 1040 IRS filings that year and subsequent years show Ms Escalante even went and assigned the laptop to her husband, Mr Escalantes LLC, she declared under federal oath that the computer was a business depreciated item. But also tells officer its only hers. Intent to decieve. And officer Adams says he scans and logs receipt of dell, but it was given to DA Hurst w/o that receipt. I have receipt, it was my businesses, officer refused to listen as i got a felony indictment as my kids lost their dad as result

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The amount of personal suffering that I endured as a result of Ms Escalantes proveable false statement, to Officer Adams' complete gross negligence and his false indications in his own report that he had a receipt that proved a non marital asset and report that suggests he lied as reciept isnt in it, and then a DA who pressed a felony indictment without proper evidence and without probable cause becuase of, onto one half of a married couple who hadnt even filed for divorce yet and living within the same residence, There is no scale large enough for me, the Victim of 18DV01086. My statements while detained are 100% still in line now as I show evidence of my civil rights and liberties being destroyed by the 3 defendants. Ms Escalante filed for divorce after the charge came and used that case to go into the civil court and steal our childrens rights from their father. I spent two months in New Century KS Adult Detention Center. I was forced to take a Plea Bargain, as I feel a jury now who looks at the evidence should clearly see that my civil rights under the 14th Amendment were being violated and I was not going to get a fair trial whereas the DA acted without the evidence receipts of a joint asset and I was already sitting in a jail for it. Ms Escalante has used our children as punishment form as I discovered her bankruptcy fraud as of June 2022. all she has maliciously prosecuted me in 2018 and since her acts of Domestic Violence continued to occur. I have been ostracized by our kids schoo district as she is on recorded evidece using school teachers to alienate me. Her malicious prosecution is a form ultimately to parental alienate. Her fraud actions are showing doc 53 in 18-00793. I motioned to reopen that bankruptcy on 11/10/22 and have showed judge fraud statements of those items.
I have a in the Johnson County Kansas criminal court div 18, a motion to withdraw my plea bargain in 18DV01086 to be heard 11/09/22. And I have all the admissible evidence for all the courtrooms that Ms Escalante deceived and Officer and Prosecutor acted with negligence that favored a female 'victim' and walked over my civil rights/liberties

**V.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Monetary reimbursment for the restitution amounts of fraud regarding amount paid of $3100.99 as Defendant 1's fraud will be shown and is being shown right now in the Kansas Bankruptcy Court Chief Judge Somers.

Criminal charges to the fullest extent of the law as justified to curb false statement behaviors for Ms Janelle Escalante for lying to Officer Adams and deceiving Prosecutor Hurst. Perjury in oath filings in 18DV01086, interference with law enforcement in false statement given with knowledge and intent to deceive.  Our bankruptcy petition was a month before the crime filing and it shows Ms Escalante knew she was deceiving police as our bankruptcy attorney provides statement that she herself submitted the ring petition information and w/o my knowledge to his office at that same time.
Charges of perjury for Officer Adams and his employment termination for the lives his negligance has destoryed, if it can deemed be lied with intent in his report about his reception of receipts that show an exclusionary grounds in which to even consider taking a report from a married person. Theres no computer reciepts im report that were critical of a married couple to have showing if potential charges were being considered..
Individual emotional pain/loss of children rights, their memories stolen from me over 4 years time/tears/financial hardship by false statements during a time of a nationwide pandemic, it felt like i lost the children all over again and these 3 magnified the pain of divorce seperation,Ive seen the kids cry while mother acted unethically time and time again as seen in doc 53 18-20993
Punitive Damages sought From Ma Escalante: $50,000. Damages from Officer Adams $50,000
Damages for the DA negligence and bias non victim stance took on me when I tried to show them also: $100,000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/04/2022

Signature of Plaintiff: E [signature]   *Verified by PDFfiller 11/04/2022 01:06*

Printed Name of Plaintiff: Matthew Escalante

### B. For Attorneys

Date of signing: 11/04/2022

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

*City*   *State*   *Zip Code*

Telephone Number:
E-mail Address:

Page 6 of 6







Ms Escalante lied to police on June 19, 2018. Our bankruptcy petition from 33 days prior this police report shows
She lied and she knew she was lying as the petition shows she indicated she knew her ring was pawned but she tells officer

This below and I suffered dearly as the put me in handcuffs and didnt listen to a single word about joint assets and violation of



The missing receipt that shows laptop
Bought during marriage, officer never
scanned to the evidence and DA still
Acted on bad faith





DA charged me with stealing my owm computer that she told the IRS alternately was mine and our businesses.



He said he knew her and then requests the case. They both acted against me and violated my righrs which led to a July 2018, violation of our childrens rights as they maliciously prosectuted me. I need the US Court to defend justice restoration for me, Matthew Escalante, and defend my constitutional rights. I beg the court to accept this complaint. As I submit I declare this nightmae is true, Subject to penalty of perjury

Matthew Escalante



Verified by PDFfiller
11/04/2022 03:58